IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Orlando Division

In re: Stephen L. Phelps, Debtor.

Case No. 6:23-bk-05281-TPG

TROY A. KIMBALL,

    Plaintiff,

Adversary Case No. 6:24-ap-00009

vs.

STEPHEN L. PHELPS, Debtor,

    Defendant.

_____/

# MOTION FOR CONTINUANCE

Plaintiff, TROY A. KIMBALL, hereby moves for a continuance of the hearing set by the Court on Debtor's Motion to Dismiss set for **May 15, 2024 at 1:30 pm** on the grounds that his counsel will be unavailable for the hearing on that date. Plaintiff's counsel will be on vacation out of Orlando from May 13, 2024 through May 19, 2024 and has prepaid hotel reservations and theater tickets for travel to New York City. Therefore, the undersigned will be unavailable for the Hearing on Debtor's Motion to Dismiss set for **May 15, 2024 at 1:30 pm.** and asks the Court to reset the hearing date.

                                            */s/ N. James Turner*
                                       N. James Turner, Esq.
                                       Counsel for Plaintiff
                                       3670 Maguire Boulevard, Suite 310
                                       Orlando, FL 32803
                                       Telephone (888) 877-5103
                                       E-mail address: njtlaw@gmail.com
                                       Florida Bar No. 0203041

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on 25 April 2024, I electronically filed the foregoing with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a notice of electronic filing, and I will complete service of the foregoing as required by Rule 5, Federal Rules of Civil Procedure, made applicable by Rule 7005, Federal Rules of Bankruptcy Procedure, to all parties indicated on the electronic filing receipt, and to the Debtor at the address below.

                                                */s/ N. James Turner*      .
                                                N. James Turner, Esq.

Debtor:
Stephen L. Phelps
37245 County Road 439
Eustis FL 32736