**ORDERED.**

Dated: April 11, 2025

_Tiffany P. Geyer_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

STEPHEN L. PHELPS,                                  Case No.: 6:23-bk-05281-TPG

    Debtor.                                                            Chapter 7
_____/

TROY A. KIMBALL,

    Plaintiff,

v.                                                    Adv. No.: 6:24-ap-00009-TPG

STEPHEN L. PHELPS, et al.,

    Defendants.
_____/

### ORDER GRANTING ORE TENUS MOTION
### FOR ENTRY OF FINAL JUDGMENT AGAINST DEBTOR

    This adversary proceeding came on for hearing on April 2, 2025, at 11:30 a.m. At the hearing the Plaintiff made an *ore tenus* motion for entry of a final judgment against the Debtor/Defendant, Stephen L. Phelps (the "Motion"). Upon review of the record the Court finds that:

    a. The Amended Complaint in this adversary proceeding seeks an exception to discharge against the Debtor/Defendant pursuant to 11 U. S. C. §523(a); and

    b. On March 6, 2025, the Court entered a Final Judgment in Case 6:24-ap-00138-TPG, which denied Debtor's discharge (see main case, Doc. 106); and

Having considered the record and the Motion and for the reasons stated orally and recorded in open Court, it is

**ORDERED**:

1. The Motion is GRANTED as set forth herein.

2. The Court will enter a separate judgment that excepts the Plaintiff's claim from the Debtor's discharge pursuant to 11 U. S. C. §523(a), but which Judgment does not liquidate the claim.

***

Attorney, Kenneth D. (Chip) Herron, Jr., is directed to serve a copy of this order to interested parties and file a proof of service within 3 days of the entry of the Order.