**ORDERED.**

Dated: May 05, 2025

_____
Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

STEPHEN L. PHELPS,	Case No.: 6:23-bk-05281-TPG

   Debtor.	Chapter 7
_____/

TROY A. KIMBALL,

   Plaintiff,

v.	Adv. No.: 6:24-ap-00009-TPG

STEPHEN L. PHELPS, et al.,

   Defendants.
_____/

## FINAL JUDGMENT

For the reasons stated in the Order Granting *Ore Tenus* Motion for Entry of Final Judgment Against Debtor (Doc. 31), it is

**ORDERED**:

1.   Judgment is entered in favor of Plaintiff, Troy A. Kimball, and against Defendant, Stephen L. Phelps.  Any debt owed by Stephen L. Phelps to Troy A. Kimball is non-dischargeable pursuant to 11 U. S. C. §523(a)(2).

2.     The Clerk is directed to close this adversary proceeding.

***

The Clerk is directed to serve a copy of this Final Judgment on all interested parties.